69 So.3d 1000 (2011)
Alcides GONZALEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D11-1386.
District Court of Appeal of Florida, Third District.
September 7, 2011.
Rehearing Denied October 4, 2011.
*1001 Ricardo Corona, Coral Gables, and Nina Tarafa, for appellant.
Pamela Jo Bondi, Attorney General, for appellee.
Before WELLS, C.J., and ROTHENBERG, and SALTER, JJ.
PER CURIAM.
Affirmed. See Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011)